UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Koncept International, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| TelExtreme, Inc.; | ) | |
| Eagle Holdings International, Inc.; | ) | |
| MajorConnection.com, Inc.; and | ) | |
| Envirogenex International, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

Koncept International, Inc. ("Plaintiff"), by its attorneys Palmer Biezup & Henderson LLP, files this Complaint against TelExtreme, Inc., Eagle Holdings International, Inc., MajorConnection.com, Inc., and Envirogenex, Inc. (collectively "Defendants"), and avers as follows:

1.  Plaintiff is a corporation incorporated under the laws of the State of Delaware having its principal place of business at 625 Fair Oaks Avenue, Suite 383, South Pasadena, CA 91030.

2.  TelExtreme, Inc. ("TelExtreme") is a corporation incorporated under the laws of the State of Nevada having its principal place of business in a State other than Delaware or California, and whose registered agent is State Agent and Transfer Syndicate, Inc., 112 North Curry Street, Carson City, NV 89703.

PBH: 192749.1

3. Eagle Holdings International, Inc. ("Eagle Holdings") is a corporation incorporated under the laws of the State of Nevada having its principal place of business in a State other than Delaware or California, and whose registered agent is State Agent and Transfer Syndicate, Inc., 112 North Curry Street, Carson City, NV 89703.

4. MajorConnection.com, Inc. ("MajorConnection") is a corporation incorporated under the laws of the State of Nevada having its principal place of business in a State other than Delaware or California, and whose registered agent is Corporation Services of Nevada, Inc., 7259 West Sahara Avenue, Suite 120, Las Vegas, NV 89117.

5. Envirogenex International, Inc. ("Envirogenex") is a corporation incorporated under the laws of the State of Nevada having its principal place of business in a State other than Delaware or California, and whose registered agent is Nevada Corporate Planners, Inc., 7477 W. Lake Mead Boulevard, Suite 170, Las Vegas, NV 89128.

6. Jurisdiction is founded upon diversity of citizenship inasmuch as all Defendants are diverse from Plaintiff and the matter in controversy exceeds $75,000 exclusive of interest and costs.

7. Plaintiff, a developer and provider of Internet telephony software and hardware, and Envirogenex, a virtual provider of Voice Over Internet Protocol services, are parties to a Virtual Service Provider Agreement dated March 24, 2006, as amended ("Agreement").

8. Upon information and belief, TelExtreme, Eagle Holdings, and MajorConnection are related or affiliated entities, predecessors or successors-in-interest to Envirogenex, and are

obligated together with Envirogenex under the Agreement and applicable law, and all of the foregoing parties are jointly and severally liable.

9. Defendants have breached the Agreement by, among other things, failing to pay bandwidth fees, A-Z termination and local number service fees, foreign market fees, virtual service provider fees, and other fees due and owing to Plaintiff under the Agreement, and are liable for damages pursuant to applicable law.

10. Defendants presently owe to Plaintiff no less than $1,032,221.37 as close as may now be estimated.

WHEREFORE, Plaintiff demands judgment against Defendants for a sum no less than $1,032,221.37, together with interest, costs, attorneys fees, and such further relief as the Honorable Court may deem proper.

Date: October 11, 2007

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
Attorneys for Plaintiff

PBH: 192749.1

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Koncept International, Inc.

(b) County of Residence of First Listed Plaintiff  New Castle County, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Palmer Biezup & Henderson LLP
1223 Foulk Road, Wilmington, DE 19803    (302) 594-0895

## DEFENDANTS
TelExtreme, Inc.; Eagle Holdings International, Inc.; MajorConnection.com, Inc.; Envirogenex International, Inc.

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
|  |  | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332
Brief description of cause:
Breach of Virtual Service Provider Agreement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,032,221.37
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: 10/11/2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____