UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Koncept International, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| TelExtreme, Inc.; | ) | |
| Eagle Holdings International, Inc.; | ) | |
| MajorConnection.com, Inc.; and | ) | |
| Envirogenex International, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

Koncept International, Inc. states that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Date: October 11, 2007              By: _____
                                    Michael B. McCauley (ID 2416)
                                    1223 Foulk Road
                                    Wilmington, DE 19803
                                    (302) 594-0895
                                    (302) 478-7625 (fax)
                                    Attorneys for Plaintiff

PBH: 192749.1