## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Koncept International, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-623-SLR |
| | ) | |
| vs. | ) | |
| | ) | |
| TelExtreme, Inc.; | ) | |
| Eagle Holdings International, Inc.; | ) | |
| MajorConnection.com, Inc.; and | ) | |
| Envirogenex International, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff hereby dismisses this action with prejudice pursuant to a settlement by which all parties have agreed to bear their own fees and costs.

 

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Date: February 12, 2008

By: /s/ Michael B. McCauley
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
mccauley@pbh.com
Attorneys for Plaintiff